IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RESTORED TRUCKING COMPANY, INC., JOSEPH SPIVEY, and LOUIS BYRD,<br><br>    Defendants. | Civil Action File No.<br>4:21-cv-00116-LMM |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Restored Trucking Company, Inc., Joseph Spivey, Louis Byrd, and Owners Insurance Company, by and through their counsel of record, hereby stipulate and agree to the following:

The parties agree and stipulate that the Complaint for Declaratory Judgment (Doc. No. 1) shall be and is hereby dismissed without prejudice. Each party will bear their own attorneys' fees and costs with respect to this action.

This 24th day of August, 2021.

                        Respectfully submitted,

                        KENDALL | MANDELL, LLC

                        /s/ M. Brandon Howard
                        Michael C. Kendall
                        Georgia Bar No. 414030
                        M. Brandon Howard
                        Georgia Bar No. 550524
                        *Attorneys for Owners Ins. Co.*

3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone:   (770) 577-3559
Facsimile:    (770) 577-8113
mckendall@kendallmandell.com
mbhoward@kendallmandell.com

                        McRAE, SMITH, PEEK, HARMAN &
                        MONROE, LLP

                        /s/ John F. Lee Niedrach
                        JOHN F. LEE NIEDRACH
                        Georgia Bar No. 152408
                        STERLING C. NEWTON, III
                        Georgia Bar No. 128545
                        *Attorneys for Defendants Restored Trucking Company, Inc. and Joseph Spivey*

111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
P. O. Box 29
Rome, Georgia 30162
Telephone: (706) 291-6223
Facsimile: (706) 291-7429
lniedrach@msp-lawfirm.com
tnewton@msp-lawfirm.com

          /s/ Willie J. Walker
WILLIE J. WALKER
Georgia Bar No. 732900
*Attorney for Louis Byrd*

625 West Union Street, Suite #3
Jacksonville, Florida 32202
Telephone: (904) 358-7104
Facsimile: (904) 353-3702
wjwesq@aol.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>RESTORED TRUCKING COMPANY, INC., JOSEPH SPIVEY, and LOUIS BYRD,<br><br>   Defendants. | Civil Action File No.<br>4:21-cv-00116-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **JOINT STIPULATION OF VOLUNTARY DISMISSAL** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

John F. Lee Niedrach, Esq.
Sterling C. Newton, III, Esq.
McRAE, SMITH, PEEK, HARMAN
 & MONROE, LLP
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161

Willie J. Walker, Esq.
625 West Union Street, Suite #3
Jacksonville, Florida 32202

This 24th day of August, 2021.

/s/ M. Brandon Howard
M. Brandon Howard